[4] La. R.S. 23:631. Discharge or resignation of employees; payment after termination of employment.
[5] Chatelain v. Fluor Daniel Const. Co. , 2014-1312, p. 3 (La.App. 4 Cir. 11/10/15), 179 So.3d 791, 793 (citations omitted).
[6] La. C.C.P. art. 966(D)(1).
[7] La. Civ.Code art. 1906.
[8] Fairbanks v. Tulane Univ. , 98-1228, p. 4 (La.App. 4 Cir. 3/31/99), 731 So.2d 983, 986 citing Babkow v. Morris Bart, P.L.C., 98-0256 (La.App. 4 Cir. 12/16/98), 726 So.2d 423.
[9] La. Civ. Code art. 1927.
[10] Although Mr. Okuarume did not sign teaching agreements for the Spring 1991 and Spring 1992 semesters, in an affidavit he acknowledges that he taught courses during those semesters.
[11] On the teaching agreements for Fall 1993 and Spring 1993, Mr. Okuarume did not check any item but signed and dated the document.
[12] Union Texas Petroleum Corp. v. Mid Louisiana Gas Co. , (La.App. 4 Cir. 2/12/1987) 503 So.2d 159, 165 (internal citations omitted).
[13] Id. citing Mazureau & Hennen v. Morgan, 25 La.Ann. 281 (La.1873).
[14] 1100 S. Jefferson Davis Parkway, LLC v. Williams , 2014-1326, p. 5 (La.App. 4 Cir. 5/20/15), 165 So.3d 1211, 1216, writ denied, 2015-1449 (La. 10/9/15), 178 So.3d 1005 citing Favrot v. Favrot , 10-0986, pp. 14-15 (La.App. 4 Cir. 2/9/11), 68 So.3d 1099, 1108-09.
--------